# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

June 09, 2016

#89203-179
Mr. Rosendo Padilla Jr.
USP McCreary
330 Federal Way, P.O. Box 3000
Pine Knot, KY 42635-0000

   No. 16-40235   USA v. Rosendo Padilla, Jr.
                  USDC No. 1:08-CR-183-1


Dear Mr. Padilla,

Your court-appointed attorney has moved to withdraw as your counsel in the above case.

Under Anders v. California, 386 U.S. 738, (1967), you have the right to respond to your counsel's motion raising any points you choose showing why your appeal has merit and why the court should consider your case. You should state the facts and legal authorities why you think your conviction should be reversed. You have 30 days to respond. Your response may not exceed 30 pages. You need to send us 1 copy and an additional copy should be served on the United States Attorney.

If you do not file a response within 30 days, the court will review counsel's brief and decide whether the appeal is frivolous. If you want your case dismissed, please inform the court of this immediately.

                                   Sincerely,

                                   LYLE W. CAYCE, Clerk

                                   /s/ Jann Wynne
                                   By: _____
                                   Jann M. Wynne, Deputy Clerk
                                   504-310-7688

cc:  Mr. Neal Davis III
     Ms. Renata Ann Gowie