IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

───────────────────────

No. 16-40235
Summary Calendar

───────────────────────

D.C. Docket No. 1:08-CR-183-1

United States Court of Appeals
Fifth Circuit
**FILED**
December 16, 2016
Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

ROSENDO PADILLA, JR.,

    Defendant - Appellant

Appeal from the United States District Court for the
Southern District of Texas, Brownsville

Before DAVIS, SOUTHWICK, and HIGGINSON, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the appeal is dismissed as frivolous.